IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 15-00329-01-CR-W-DGK |
| LUCAS J. DUNFORD, | ) | |
| | ) | |
| Defendant. | ) | |

REPORT AND RECOMMENDATION

On July 26, 2016, Defendant was ordered to be committed to the custody of the United States Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d). Defendant has returned from the Federal Medical Center, and the Court has received a report from Angela Walden Weaver, Ph.D., in which she opined Defendant was competent to proceed.

On February 16, 2017, I held a competency hearing. Defendant was present, represented by appointed counsel Steve Moss. The government was represented by Mike Green. During the hearing, both parties stipulated to the contents and findings contained in Dr. Weaver's report (Tr. at 2). Neither party presented additional evidence. Accordingly, it is

RECOMMENDED that the Court, after making an independent review of the record and applicable law, enter an order finding Defendant competent to proceed.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
February 17, 2017