# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 4:15-00329-01-CR-DGK |
| LUCAS J. DUNFORD, | ) ) ) | |
| Defendant. | ) | |

## ORDER AFFIRMING MAGISTRATE'S REPORT AND RECOMMENDATION

On July 26, 2016, Defendant was ordered to be committed to the custody of the United States Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d). Angela Walden Weaver, Ph.D., prepared a report opining Defendant was competent to stand trial.

A competency hearing was held before Judge Robert Larsen on February 16, 2017, and Defendant and the Government stipulated to the report of Dr. Weaver. On February 17, 2017, Judge Larsen entered a "Report and Recommendation," recommending Defendant be declared competent to stand trial. No objection was filed by either party.

After an independent, de novo review of the record and applicable law, the Court

ADOPTS the Report and Recommendation of Magistrate Judge Robert Larsen in its entirety, and finds that Defendant is competent to stand trial. It is further

ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between February 29, 2016, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence. It is further

ORDERED that this case is set for trial on the joint criminal jury trial docket commencing March 27, 2017.

**IT IS SO ORDERED.**

Date: March 7, 2017                              /s/ Greg Kays
                                                            GREG KAYS, CHIEF JUDGE
                                                            UNITED STATES DISTRICT COURT